**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-7207**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WARDELL RODNEY JONES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:04-cr-00019-RLW-AL)

———————

Submitted:  December 21, 2006        Decided:  January 3, 2007

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wardell Rodney Jones, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wardell Rodney Jones appeals the district court's order denying Jones' motion for termination of garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jones</u>, No. 3:04-cr-00019-RLW-AL (E.D. Va. June 13, 2006). Jones' motions for summary judgment and injunction are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>